# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# DELTA DIVISION

**JARELL D. TERRY,**
**ADC #149998C**                                                                                           **PLAINTIFF**

v.                          Case No. 2:19-cv-00153-KGB-BD

**LANE,** *et al.*                                                                                          **DEFENDANTS**

## ORDER

Pending before the Court are several partial recommended dispositions and a recommended disposition submitted by United States Magistrate Judge Beth Deere (Dkt. Nos. 6; 21; 26; 40; 53). The Court addresses each in turn.

Before the Court is a partial recommended disposition entered on January 2, 2020, submitted by Judge Deere (Dkt. No. 6). Plaintiff Jarell D. Terry objects to the partial recommended disposition (Dkt. No. 9). After careful review of the recommended disposition, Mr. Terry's objections, as well as a *de novo* review of the record, the Court adopts the partial recommended disposition as its findings in all respects (Dkt. No. 6).

Also before the Court is a second partial recommended disposition entered on January 30, 2020, submitted by Judge Deere (Dkt. No. 21). Mr. Terry has not filed objections to this partial recommended disposition, and the time to file objections to it has passed. The Court adopts this partial recommended disposition entered on January 30, 2020, as the Court's findings in the case (Dkt. No. 21). The Court denies Mr. Terry's motion for injunctive relief (Dkt. No. 7).

Before the Court is a third partial recommended disposition entered on February 14, 2020, submitted by Judge Deere (Dkt. No. 26). Mr. Terry has not filed objections to this partial recommended disposition, and the time to file objections to it has passed. The Court adopts this

partial recommended disposition entered on February 14, 2020, as the Court's findings in the case (Dkt. No. 26). The Court denies Mr. Terry's motion for injunctive relief (Dkt. No. 24).

Before the Court is a fourth partial recommended disposition entered on April 3, 2020, submitted by Judge Deere (Dkt. No. 40). Mr. Terry has not filed objections to this partial recommended disposition, and the time to file objections to it has passed. The Court adopts this partial recommended disposition entered on April 3, 2020, as the Court's findings in the case (Dkt. No. 40). The Court denies Mr. Terry's motion for injunctive relief (Dkt. No. 39).

In addition, pending before the Court is a recommended disposition filed on May 22, 2020, by Judge Deere (Dkt. No.53). No objections have been filed by Mr. Terry, and the time to file objections has passed. To the extent any filings by Mr. Terry constitute objections to Judge Deere's recommended disposition, the Court has construed them as such and considered the record *de novo* in reaching its determination. After careful consideration, the Court concludes that the recommended disposition should be, and hereby is, approved and adopted in its entirety as this Court's findings in all respects (*Id.*). The Court therefore grants defendants' motion for summary judgment on the issue of exhaustion (Dkt. No. 41). The Court dismisses without prejudice Mr. Terry's claims based on a lack of exhaustion of administrative remedies (Dkt. No. 2).

The Court denies as moot all other pending motions filed by Mr. Terry (Dkt. Nos. 54; 55; 58; 61; 62).

It is so ordered this 28th day of September, 2020.

                                                                                           _Kristine G. Baker_
                                                                                           Kristine G. Baker
                                                                                           United States District Judge