# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# DELTA DIVISION

**JARELL D. TERRY,**
**ADC #149998C**                                                                                    **PLAINTIFF**

v.                              Case No. 2:19-cv-00153-KGB-BD

**LANE,** *et al.*                                                                                  **DEFENDANTS**

## JUDGMENT

Pursuant to the Order entered on this date, it is considered, ordered, and adjudged that plaintiff Jarell D. Terry's claims are dismissed without prejudice (Dkt. No. 2).

It is so adjudged this 28th day of September, 2020.

*[signature]*

Kristine G. Baker
United States District Judge